160 A.3d 781

COMMONWEALTH of Pennsylvania, Respondent

v.

Markeith AIKENS, Petitioner

No. 268 EAL 2016

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Did the court illegally sentence [Aikens] on unlawful contact with a minor graded as an F–1 when it should have been graded as an F–3?

Justice Mundy did not participate in the consideration or decision of this matter.